UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALPHONSO JAMES,

              Petitioner,

vs.                                        Case No.   2:05-cv-154-FtM-33SPC

JAMES V. CROSBY, JR.; CHARLIE CRIST,

              Respondents.

_____

## **ORDER**

This matter comes before the Court upon the following pending motions filed by Petitioner: 1) Motion for Reconsideration of Court's Order dated May 23, 2006 denying Petitioner's Motion to Disqualify Judge (Doc. #29) filed June 2, 2006; 2) Motion for Emergency Hearing (Doc. #30) filed June 22, 2006 and 3) Motion for Writ of Habeas Corpus Ad Testificandum (Doc. #32) filed June 22, 2006.

In the Motion for Reconsideration of Court's Order Dated May 23, 2006 (Doc. #29), Petitioner objects to The Honorable John E. Steele's Order (Doc. #27) denying as moot Petitioner's Motion to Disqualify the undersigned from this action. Petitioner argues that at the time he filed his Motion to Disqualify the undersigned, Petitioner had a motion still pending with the Court. Specifically, Petitioner claims that the Court had not yet ruled on his Objection, or Alternatively, Motion for Reconsideration of Court's Order Dated December 12, 2005 (Doc. #23). To the extent

Petitioner seeks reconsideration of the May 23, 2006 Order because
it was  entered by Judge Steele, the Court will deny Plaintiff's
Motion.  The Court acknowledges that this case remains pending on
the docket before the undersigned but consideration of pending
matters is afforded to other members of the Court in the
undersigned's absence.

To the extent Petitioner seeks reconsideration of the May 23,
2006 Order on the basis that Petitioner's Objection or
Alternatively Motion for Reconsideration (Doc. #23) was pending,
the Court finds such argument without distinction.  Petitioner's
objections (Doc. #23) to the Court's December 12, 2005 Order
denying Petitioner's Motion for Reconsideration are duly noted.  To
the extent that Petitioner alternatively sought reconsideration of
the Court's December 12, 2005 Order denying Petitioner's Motion for
Reconsideration, Petitioner simply continues to reiterate the same
arguments repeatedly addressed and rejected by the Court.

Moreover, although 28 U.S.C. 455(a) provides that a judge
should disqualify him or herself when their impartiality is
questioned, the standard of review is whether a fully informed,
objective lay person would question the impartiality of the judge.
See United States v. Patti, 337 F.3d 1317, 1321 (11th Cir. 2003).
The Court finds that a lay person would not question the
impartiality of the undersigned, and Petitioner does not articulate
any basis to support his conclusory allegations of racial "bias and

prejudice." Petitioner's Motion, ¶3 (Doc. #26). Consequently, the Court will deny Petitioner's Motion for Reconsideration of the Court's December 12, 2005 Order (Doc. #23) and Motion for Reconsideration of the Court's May 23, 2006 Order (Doc. #29).

In the Motion for an Emergency Hearing (Doc. #30), Petitioner seeks "oral argument on the motions, papers and brief of legal memorandum, that is before this Honorable Court within twenty (20) days." The Court, having denied Petitioner's Motion for Reconsideration of the Court's December 12, 2005 Order (Doc. #23) and Petitioner's Motion for Reconsideration of the Court's May 23, 2006 Order (Doc. #29), finds no motions pending and no basis for oral argument and will deny the Motion for an Emergency Hearing. Similarly, Petitioner's Motion for Writ of Habeas Corpus Ad Testificandum (Doc. #32) is denied as moot.

ACCORDINGLY, it is hereby **ORDERED, ADJUDGED and DECREED**:

1. Petitioner's Objection, or Alternatively, Motion for Reconsideration of Order Dated December 12, 2005 (Doc. #23) is **DENIED.**

2. Petitioner's Motion for Reconsideration of Court's Order dated May 23, 2006 denying Petitioner's Motion to Disqualify Judge (Doc. #29) is **DENIED.**

3. Petitioner's Motion for Emergency Hearing (Doc. #30) is **DENIED as moot.**

4.     Motion for Writ of Habeas Corpus Ad Testificandum (Doc. #32) is **DENIED as moot.**

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, on this 23rd day of June, 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

SA:   hmk
Copies: All Parties of Record