```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION

ALPHONSO JAMES,

                      Petitioner,
vs.                                    Case No.  2:05-cv-154-FtM-33SPC

JAMES V. CROSBY, JR.; CHARLIE CRIST,

                      Respondents.
_____
```

### ORDER

This matter comes before the Court on Petitioner's Notice of Appeal (Doc. #34); Notice of Certificate for Probable Cause, or alternatively Request for a Certificate of Appealability (Doc. #35); and Motion for Permission to Appeal *In Forma Pauperis* (Doc. #37), filed on July 6, 2006.

On April 24, 1996, the President signed into law amendments to 28 U.S.C. §§ 2244, 2253, 2254, 2255, Appellate Rule 22, and 21 U.S.C. § 848(q).  As a result, this Court should grant an application for a certificate of appealability only if the Petitioner makes a substantial showing of the denial of a constitutional right.  To make this substantial showing, Petitioner "must demonstrate that the issues are debatable among jurists of reason" or "that a court could resolve the issues [differently]."  Barefoot v. Estelle, 463 U.S. 880, 893 n.4 (1983) (citation omitted).  In addition, Petitioner could show "the questions are adequate to deserve encouragement to proceed further."  Id.

Specifically, where a district court has rejected a prisoner's constitutional claims on the merits, the petitioner must demonstrate

that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong.  See Slack v. McDaniel, 529 U.S. 473, 484 (2000); Hernandez v. Johnson, 213 F.3d 243, 248 (5th Cir.), cert. denied, 531 U.S. 966 (2000).  When the district court has rejected a claim on procedural grounds, the petitioner must show that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.  Slack, 529 U.S. at 484; Franklin v. Hightower, 215 F.3d 1196, 1199 (11th Cir. 2000) (per curiam), cert. denied, 532 U.S. 1009 (2001).  On October 12, 2005, the Court entered an Order (Doc. #15) dismissing petitioner's § 2254 petition for writ of habeas corpus as time barred.  Here, Petitioner has not made the requisite showing.

Accordingly, it is now **ORDERED, ADJUDGED and DECREED:**

1.  Petitioner's request for a Certificate of Appealability, (Doc. #35), is **DENIED.**

2.  Petitioner's Motion for Permission to Appeal In Forma Pauperis (Doc. #37) is **DENIED.**

**DONE** and **ORDERED** in Fort Myers, Florida, this 7th day of July, 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

SA:   hmk
Copies: All Parties of Record
Ass't Attorney General
USCA